UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Theron Preston Washington,

    Plaintiff,

v.     Civil No. 14-1169 (JNE/JJG)
    ORDER

Attorney General (Current) (Minnesota),

    Defendant.

In a Report and Recommendation dated April 23, 2014, the Honorable Jeanne J. Graham, United States Magistrate Judge, recommended that Plaintiff's application to proceed in forma pauperis be denied and that this action be summarily dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) (2012).  No objection to the Report and Recommendation has been filed.  The Court has conducted a de novo review of the record.  *See* D. Minn. LR 72.2(b).  Based on that review, the Court adopts the Report and Recommendation [Docket No. 3].  Therefore, IT IS ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis [Docket No. 2] is DENIED.
2. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 20, 2014

    s/Joan N. Ericksen
    JOAN N. ERICKSEN
    United States District Judge